PAMELA A. MILLER (*pro hac vice*)
(NY Bar #2912194)
LAUREN M. WAGNER (*pro hac vice*)
(NY Bar #5430640)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Fl.
New York, NY 10019-6022
Tel: 212-326-2000

BRITTANY ROGERS (CA S.B. #274432)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Fl.
Los Angeles, CA 90071-2811
Tel: 213-430-6000

*Counsel for Defendant*
*LPL Financial LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY NIETZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>LPL FINANCIAL LLC,<br><br>    Defendant. | No. 3:26-cv-03383-JES-DEB<br><br>**DEFENDANT LPL FINANCIAL LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. James E. Simmons, Jr.<br>Date: November 4, 2026<br>Time: 10:00 a.m.<br>Courtroom: 4B |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on November 4, 2026, at 10:00 a.m., before the Honorable James E. Simmons, Jr. in Courtroom 4B (4th floor) of the Edward J. Schwartz United States Courthouse of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant LPL Financial LLC ("LPL") will move and hereby does move the Court for entry of an order dismissing in its entirety the complaint filed by Plaintiff Kerry Nietz on June 3, 2026 (Dkt. 1).

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff has failed to allege facts sufficient to state any claim against LPL.  This motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in support thereof; the Declaration of Kris Crawford, Table of Exhibits, and Exhibits A through E attached thereto; the concurrently filed Notice of Incorporation by Reference in Support of LPL's Motion to Dismiss; LPL's Motion to Seal Certain Exhibits Attached to the Crawford Declaration, also concurrently filed; the complete pleadings and records of this action; and any such oral and documentary evidence or argument as may be allowed at the time of hearing.  This motion is made following the conference of counsel that took place on July 31, 2026, pursuant to this Court's Civil Chambers Rule III.A.  A Proposed Order will also be submitted.

Dated: August 10, 2026

O'MELVENY & MYERS LLP

/s/ Pamela A. Miller
Pamela A. Miller
Brittany Rogers
Lauren M. Wagner

Counsel for Defendant
LPL Financial LLC