**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

KERRY NIETZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

LPL FINANCIAL LLC,

Defendant.

Case No. 3:26-cv-03383-JES-DEB

**ORDER GRANTING DEFENDANT LPL FINANCIAL LLC'S MOTION TO SEAL CERTAIN EXHIBITS ATTACHED TO OMNIBUS DECLARATION OF KRIS CRAWFORD**

**[ECF NO. 18]**

Before the Court is Defendant LPL Financial LLC's ("LPL") Unopposed Motion to Seal Certain Exhibits Attached to the Omnibus Declaration of Kris Crawford ("Motion to Seal").

Based on the arguments in the Motion to Seal and the accompanying Omnibus Declaration of Kris Crawford, and having reviewed the proposed lodged under seal versions of Exhibits C, D, and E to the Crawford Declaration, LPL has demonstrated that compelling reasons exist to seal the portions of the three exhibits, as identified below, which contain personally identifying information ("PII") that could compromise individual privacy or risk identity theft.

The Court therefore **GRANTS** the Motion to Seal. The Court hereby **ORDERS** that (1) the proposed lodged under seal versions of Exhibits C, D, and E, reflecting the below redactions, are to be sealed, and (2) the public redacted versions of these three exhibits may be filed on the public docket:

| Document | Portions to Be Sealed |
| --- | --- |
| Ex. C to Crawford Decl. | • Page 51:[1] Account number (partial, as per Fed. R. Civ. P. 5.2); mailing address; home phone; business phone; fax number; and social security number.<br>• Page 52: Account number (partial, as per Fed. R. Civ. P. 5.2); social security number; birthday and month; driver's license number and expiration date; and home and business phone.<br>• Page 53: Financial information and experience |
| Ex. D to Crawford Decl. | • Page 55: Account number (partial, as per Fed. R. Civ. P. 5.2); mailing address; home phone; business phone; and social security number.<br>• Page 56: Account number (partial, as per Fed. R. Civ. P. 5.2); social security number; birthday and month; and driver's license number and expiration date. |

[1] Pincites are to exhibit pagination.

| Document | Portions to Be Sealed |
|---|---|
| | • Page 57: Financial information and experience |
| Ex. E to Crawford Decl. | • Page 60: Address; phone number; social security number; and date of birth.<br>• Page 61: Address and telephone number.<br>• Page 62: Account number (partial, as per Fed. R. Civ. P. 5.2). |

**IT IS SO ORDERED.**

Dated: September 15, 2026

Honorable James E. Simmons Jr.
United States District Judge