UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KERRY NIETZ, on behalf of himself and all others similarly situated,

Plaintiff,

v.

LPL FINANCIAL LLC.,

Defendant.

Case No.: 26-cv-3383-JES-DEB

**ORDER:**

**(1) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; and**

**(2) GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

**[ECF Nos. 20, 25]**

On August 10, 2026, Defendant filed a motion to dismiss. ECF No. 20. On September 24, 2026, Plaintiff filed a First Amended Complaint ("FAC"). ECF No. 24. Accordingly, the Court **DENIES AS MOOT** Defendant's motion to dismiss.

The parties have now filed a joint motion for an extension of time for Defendant to respond to Plaintiff's FAC. ECF No. 25. Good cause appearing, the Court **GRANTS** the motion. Defendant must file a response to the FAC on or before **November 6, 2026**. Plaintiffs' opposition, if any, shall be filed on or before **December 4, 2026**. Any reply in support of a motion to dismiss, should Plaintiffs choose to file an opposition to a motion

to dismiss, shall be due on **December 23, 2026**. Defendant still must contact the Court to obtain a hearing date for any such motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Honorable James E. Simmons Jr.
United States District Judge