PAMELA A. MILLER (*pro hac vice*)
(NY Bar #2912194)
LAUREN M. WAGNER (*pro hac vice*)
(NY Bar #5430640)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Fl.
New York, NY 10019-6022
Tel: 212-326-2000

BRITTANY ROGERS (CA S.B. #274432)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Fl.
Los Angeles, CA 90071-2811
Tel: 213-430-6000

*Counsel for Defendant*
*LPL Financial LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

KERRY NIETZ, ALINA TYMINSKI, and MARK T. TYMINSKI, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LPL FINANCIAL LLC,

Defendant.

No. 3:26-cv-03383-JES-DEB

**DEFENDANT LPL FINANCIAL LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Judge: Hon. James E. Simmons, Jr.
Date: January 20, 2027
Time: 10:00 a.m.
Courtroom: 4B

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on January 20, 2027, at 10:00 a.m., before the Honorable James E. Simmons, Jr. in Courtroom 4B (4th floor) of the Edward J. Schwartz United States Courthouse of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant LPL Financial LLC ("LPL") will, and hereby does, move the Court for entry of an order dismissing Plaintiffs' First Amended Complaint ("FAC," Dkt. 24) in full, without leave to amend.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiffs have failed to allege facts sufficient to plausibly state any claim against LPL.

This motion is based upon this (i) Notice of Motion and Motion; (ii) the accompanying Memorandum of Points and Authorities in support thereof; (iii) the Omnibus Declaration of Kris Crawford in Support of LPL's Motion to the Dismiss the FAC, (iv) the Table of Exhibits, and Exhibits A through G attached thereto; (v) the Notice of Incorporation by Reference in Support of LPL's Motion to Dismiss the FAC; (vi) LPL's Motion to Seal Certain Exhibits Attached to the Omnibus Crawford Declaration, also concurrently filed; as well as the complete pleadings and records of this action; and any such oral and documentary evidence or argument as may be allowed at the time of hearing. A Proposed Order will also be submitted.

This motion is made following the conference of counsel that took place on October 29, 2026, pursuant to this Court's Civil Chambers Rule III.A.

Dated: November 6, 2026

O'MELVENY & MYERS LLP

*/s/ Pamela A. Miller*
Pamela A. Miller
Brittany Rogers
Lauren M. Wagner

*Counsel for Defendant*
*LPL Financial LLC*